# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00629-CV

**Derrick Woodfin, Shawn Johnson-Woodfin, Appellants**

**v.**

**Alicia Cieslewicz, Randall Cieslewicz, Appellees**

### FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 21-1354-CC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal, cause number 03-21-00629-CV, is a duplicate of an appeal that was subsequently filed in this Court and mistakenly docketed as cause number 03-21-00639-CV. Because the record has now been filed in 03-21-00639-CV, we hereby dismiss this duplicate appeal.

_____

Chari L. Kelly Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed

Filed: March 3, 2022